FILED
DEC 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE CHUKWUEMEKA OBI,         )
                                )
            Petitioner,         )
                                )
    v.                          )   Civil Action No.   06 2229
                                )
CRAIG A. LOWE, et al.,          )
                                )
            Respondents.        )

## TRANSFER ORDER

This matter is before the Court on petitioner's application for a "Writ of Prohibition and Mandamus to Surrender Authority and Expunge Records of Conviction." Because petitioner demands his immediate release from custody, the Court construes the petition as a petition for a writ of habeas corpus. *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973).

*Habeas corpus* actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a *habeas corpus* action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004).

Petitioner currently is held at the Pike County Correctional Facility in Lords Valley, Pennsylvania. The Court will transfer this matter to the district in which petitioner currently is

detained. Resolution of petitioner's application to proceed *in forma pauperis* is left to the transferee court.

Accordingly, it is hereby

ORDERED that this action shall be TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

SO ORDERED.

Date: Dec. 13, 2006

*Gladys Kessler*
United States District Judge